HERMAN GOTTLIEB, Appellant, *v.* SIMON J. ALTSCHULER et al., Respondents.

Reported below, 143 App. Div. 935.
(Submitted April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 31, 1911, which affirmed an order of Special Term directing the plaintiff to execute to the defendant Altschuler a release from liability under a judgment heretofore rendered.

The motion was made upon the ground that the order appealed from was not appealable of right to the Court of Appeals.

*Abraham Rosenstein* for motion.

*Herman Gottlieb* opposed.

Motion denied, with ten dollars costs.

---

OSCAR BLUEMNER, Respondent, *v.* MICHAEL J. GARVIN, Appellant.

*Bluemner* v. *Garvin*, 143 App. Div. 927, appeal dismissed.
(Submitted April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action for services.

The motion was made upon the ground that the judgment was not appealable of right to the Court of Appeals and that permission to appeal had not been obtained.

*Joseph M. Hartfield* for motion.

*Peter J. Everett* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.